# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 10/12/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 11:16:25 AM
CHRISTOPHER A. PRINE
Clerk

**TO:** **1ST COURT OF APPEALS**

**From:** **Deputy Clerk: IRMA MEDINA**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:** **2014-54729**

**VOLUME _____ PAGE _____ OR IMAGE # 67397068**

**DUE 10/22/2015 ATTORNEY 1165850**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE 1ST**

**DATE ORDER SIGNED: 9/18/2015**

**REQUEST FOR FINDINGS OF FACT FILED: N/A**

**REQUEST TRANSCRIPT DATE FILED N/A**

**NOTICE OF APPEAL DATE FILED 10/12/2015**

**NUMBER OF DAYS: ( CLERKS RECORD ) 10**

**FILE ORDERED: YES ☐ NO ☒ IMAGED FILED: YES ☒ NO ☐**

**CODES FOR NOTICE OF APPEAL: D**

CHRIS DANIEL
Harris County, District Clerk

By: _/s/IRMA MEDINA_
**IRMA MEDINA, Deputy**

| | |
|---|---|
| **BC** | **NOTICE OF APPEAL FILED** |
| **BG** | **NOTICE OF APPEAL FILED – GOVERNMENT** |
| **C** | **JUDGMENT BEING APPEALED** |
| **D -** | **ACCELERATED APPEAL** |
| **OA** | **NO CLERK'S RECORD REQUEST FILED** |
| **O** | **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL**) |
| **NA** | **AMENDED NOTICE OF APPEAL** |

**Cause No. 2014-54729**

_____

ALBERT PERRY III; ELIZABETH THOMAS
CATRICE HENRY ROBERTO PEREZ:
PEREZ   MARIA DEJUSUS ALVIN R. MULLEN II;
AND  JAMES ALLEN

**Plaintiffs,**

**vs.**

MERITAGE HOMES OF  TEXAS  LLC.
F/K/A  MERITAGE HOMES OF TEXAS L.P,.
F/K/A LEGACY/MONTEREY HOMES L.P.,
 MTH LENDING GROUP L.P F/K/A
MERITAGE LENDING SERVICE
PRIMARY RESDIENTIAL MORTGAGE INC., D/B/A
F/K/A/ FLAGSTONE LENDING GROUP
STEWART TITLE COMPANY, MTH TITLE COMPANY, LC and
CODILIS  & STAWIARSKI  P.C.
 DOES 1-50 SUCESSOR AND ASSIGNS

**Defendants**

_____

**IN THE DISTRICT COURT OF**

**61st  JUDICIAL DISTRICT**
 **HARRIS COUNTY, TEXAS**

**NOTICE OF APPEAL**

 

**PLEASE  TAKE  NOTICE,** this Notice of Appeal is being filed by Plaintiff Elizabeth Thomas, (the "Appellant"), a party to this proceeding who  hereby appeals from an appealable order filed on September 18, 2015, and a appealable order filed on October 5, 2015, denying appellants Motion for Reconsideration of the September 18, 2015, order. Tex. R. App. P. 25.1 (a)-(c).

1. The trial court, cause number, and style of this case are shown in the caption above.

2.  Appeal is taken from order issued on September 18, 2015 and   October 5, 2015.

3.  Elizabeth Thomas Plaintiff/Appellant desires to appeal.

4.  This is appeal is being taken to the First Court of Appeals, Houston Texas.

5.  Elizabeth Thomas Plaintiff/Appellant is the party filing this notice.

6.  This is an accelerated appeal.

1

7. On October 5, 2015, the trial court denied appellant timely file motion for reconsideration.

By:/s/James M. Andersen
James M. Andersen
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (218)488-2800
Fax. (281)480-4851
E-Mail:jandersen.law@gmail.com
**Attorney for Plaintiffs**

# Certificate of Service

I certify that on this  the 10th   day of October, a true and correct copy of the foregoing notice of appeal must be served on all parties to trial court's  orders on interlocutory appeal, on all parties to the trial court proceeding  (Tex. R. App. P. 25.1(e) was served on:

Allan D. Goldstein, Morris, Lendias, Hollrah & Snowden, 1980 Post Oak Blvd. Suite 700
Houston Tx.77056 by:

_____   telefax 713-966-7230 and/or email allang@mlhs.net

_____ hand delivery

____X___ CMRRR  No. 7013 2630 0000 8733 0450

Jeff Hardaway,  Codilis & Stawiarski, P.C., 650 North Sam Houston Parkway East, Suite 450,
Houston, TX  77060 by:

_____ Telefax (281) 925-5300 and/or email _____

_____ hand delivery

____X____ CMRRR No. 7013 2630 0000 8733 0467

By:/s/James M. Andersen
James M. Andersen

CAUSE NO. 2014-54729

| | | |
|---|---|---|
| PERRY, ALBERT III, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff(s),* | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MERITAGE HOMES (D/B/A | § | |
| MERITAGE HOME OF T, | § | 061st JUDICIAL DISTRICT |
| *Defendant(s).* | § | |

## ORDER DENYING TEMPORARY INJUNCTION

On This Day The Court Considered The Plaintiff's Request For Temporary Injunction Against Defendants Codilis & Stawiarski, P.C. After Hearing The Arguments Of Counsel And The Evidence Presented, The Court Is Of The Opinion That The Temporary Injunction Should Be Denied.

It Is Therefore Ordered That The Plaintiff's Request For Temporary Injunction Is Hereby DenieD.

It Is Further Ordered That The Temporary Restraining Order Entered On 8/31/2015 And Extended By Order Of 9/15/2015 Is Hereby Dissolved.

Signed September 18, 2015

Hon. ERIN LUNCEFORD
Judge, 061st District Court

CAUSE NO. 2014-54729

| | | |
|---|---|---|
| PERRY, ALBERT III, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff(s),* | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MERITAGE HOMES (D/B/A | § | |
| MERITAGE HOME OF T, | § | 061st JUDICIAL DISTRICT |
| *Defendant(s).* | § | |

## ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISSOLVING THE TRO AND DENYING THE TEMPORARY INJUNCTION

On this day the Court considered Plaintiff's Emergency Motion for Reconsideration of the Court's Order Dissolving the Temporary Restraining Order signed on September 18, 2015. After reviewing the Plaintiff's Motion, and considering the pleadings and evidence submitted during the September 18, 2015 Temporary Injunction hearing, the Court is of the opinion that The Plaintiff's Motion does not have merit and should therefore be DENIED.

IT IS THEREFORE ORDERED that Plaintiff's Emergency Motion for Reconsideration of the Court's Order Dissolving the Temporary Restraining Order signed on September 18, 2015, is DENIED.

Signed October 5, 2015

Hon. ERIN LUNCEFORD
Judge, 061st District Court

```
JU2FN (NSD#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    OCT 12, 2015(C1)
INT6510              CIVIL CASE INTAKE                 OPT: _____ - INT
                   GENERAL PARTY INQUIRY               PAGE:   1 -    4

CASE NUM: 201454729__ PJN> __  TRANS NUM: _____ CURRENT COURT: 61  PUB? _
CASE TYPE: DEBT/CONTRACT - FRAUD/MISREPRE  CASE STATUS: READY DOCKET
STYLE: PERRY, ALBERT III              VS MERITAGE HOMES (D/B/A MERITAGE HO
==============================================================================
                      **** ACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR      PERSON NAME          PTY   ASSOC. ATTY
  NUM   NUMBER                                     STAT
 _    00023-0001 AGT       MERITAGE HOMES OF TEXAS LLC (F
 _    00027-0001 AGT       CODILIS & STAWIARSKI P C (A PR
 _    00026-0001 DEF       CODILIS & STAWIARSKI P C (A DO
 _    00025-0001 AGT       MTH TITLE COMPANY L C BY SERVI
 _    00024-0001 DEF       PRIMARY RESIDENTIAL MORTGAGE I
 _    00022-0001 AGT       CODILIS & STAWIARSKI P C
 _    00020-0001 AGT       STEWART TITLE COMPANY (D/B/A M
 _    00019-0001 AGT       MTH LENDING GROUP L P BY SERVI

==> (27) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JU2FN (NSD#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    OCT 12, 2015(C1)
INT6510                  CIVIL CASE INTAKE              OPT: _____  -  INT
                      GENERAL PARTY INQUIRY            PAGE:   2 -    4

CASE NUM: 201454729__ PJN> __  TRANS NUM: _____  CURRENT COURT: 61  PUB? _
CASE TYPE: DEBT/CONTRACT - FRAUD/MISREPRE  CASE STATUS: READY DOCKET
STYLE: PERRY, ALBERT III                 VS MERITAGE HOMES (D/B/A MERITAGE HO
==============================================================================
                      **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR      PERSON NAME              PTY   ASSOC. ATTY
  NUM    NUMBER                                         STAT
_     00018-0001 PLT 01165850 ALLEN, JAMES                   ANDERSEN, JAM
_     00021-0001 DEF 08097950 STEWART TITLE COMPANY (DBA MTH    GOLDSTEIN, AL
_     00017-0001 AGT          CAPITAL ABC FUNDING MORTAGEG I
_     00016-0001 AGT          STEWART TITLE COMPANY (DBA MTH
_     00015-0001 AGT          MTH LENDING GROUP L P BY SERVI
_     00014-0001 AGT          MERITAGE HOMES (DBA MERITAGE H
_     00013-0001 DEF          DIMENSION MORTGAGE CO
_     00012-0001 DEF          DIMENSION TEXAS MORTGAGE INC

==> (27) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JU2FN (NSD#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    OCT 12, 2015(C1)
INT6510                  CIVIL CASE INTAKE             OPT: _____ -  INT
                       GENERAL PARTY INQUIRY           PAGE:   3 -    4

CASE NUM: 201454729__ PJN> __  TRANS NUM: _____ CURRENT COURT: 61  PUB? _
CASE TYPE: DEBT/CONTRACT - FRAUD/MISREPRE  CASE STATUS: READY DOCKET
STYLE: PERRY, ALBERT III                 VS MERITAGE HOMES (D/B/A MERITAGE HO
===============================================================================
                        **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR      PERSON NAME              PTY    ASSOC. ATTY
  NUM    NUMBER                                         STAT
 _    00011-0001 DEF         MERITAGE HOMES OF TEXAS LLC
 _    00010-0001 DEF         CAPTIAL ABC FUNDING MORTGAGE I
 _    00009-0001 DEF 00792937 MTH LENDING GROUP L P             HOLIDY, DALE
 _    00008-0001 DEF 08097950 MTH TITLE COMPANY                 GOLDSTEIN, AL
 _    00007-0001 PLT 01165850 THOMAS, ELIZABETH                 ANDERSEN, JAM
 _    00006-0001 PLT 01165850 PEREZ, ROBERTO                    ANDERSEN, JAM
 _    00005-0001 PLT 01165850 PEREZ, MARIA DEJESUS              ANDERSEN, JAM
 _    00004-0001 PLT 01165850 MULLEN, ALVIN R II                ANDERSEN, JAM

==> (27) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

CASE NUM: 201454729__ PJN> __  TRANS NUM: _____ CURRENT COURT: 61  PUB? _
CASE TYPE: DEBT/CONTRACT - FRAUD/MISREPRE  CASE STATUS: READY DOCKET
STYLE: PERRY, ALBERT III               VS MERITAGE HOMES (D/B/A MERITAGE HO
=============================================================================
                    **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME            PTY   ASSOC. ATTY
  NUM    NUMBER                                        STAT
_     00003-0001 PLT 01165850 HENRY, CATRICE N                ANDERSEN, JAM
_     00002-0001 DEF           MERITAGE HOMES (D/B/A MERITAGE
_     00001-0001 PLT 01165850 PERRY, ALBERT III               ANDERSEN, JAM

==> (27) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP